UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## WRIT OF EXECUTION

*To the UNITED STATES MARSHAL for the Southern District of Texas:*

In Civil Action Number: 4:09-mc-00148

In this Division: HOUSTON

Which was styled:

GUESTHOUSE INTERNATIONAL FRANCHISE SYSTEMS, INC

- *versus* -

BRITISH AMERICAN PROPERTIES MAC ARTHUR INN, LLC

This judgment creditor:

SUMNER VENTURES, INC.

Recovered a judgment of: $ 441,360.23

Plus costs of: $ 0

Which judgment was entered on: MARCH 23, 2009

And bears interest at: .64 %

From this judgment debtor:

THOMAS F. NOONS

You are commanded to take of the goods, land and choses-in-action of the judgment debtor enough to pay the judgment in full and the costs of this writ. Fail not, and return this writ, certifying how you executed it.

United States District Court
Southern District of Texas

*Michael N. Milby, Clerk*

By: _L. Tran_

Deputy Clerk

Date Issued: 4-16-09

SDTX(writexe.wpd)
02/03/98