UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| GUESTHOUSE INTERNATIONAL FRANCHISE SYSTEMS, INC. | § § § | |
| v. | § § | No. 4:09-MC-00148 |
| BRITISH AMERICAN PROPERTIES MACARTHUR INN, LLC, THOMAS F. NOONS AND EDWIN W. LESLIE | § § § § | JUDGE VANESSA D. GILMORE |

### DEFENDANTS' MOTION TO DISMISS REGISTRATION OF JUDGMENT AND TO QUASH WRIT OF EXECUTION

Defendants Thomas F. Noons and British American Properties MacArthur Inn LLC move this Court to Dismiss the registration of the March 23, 2009 Final Judgment issued by the United States District Court of the Middle District of Tennessee (Dkt. No. 1) and to Quash the Writ of Execution issued thereon (Dkt. No. 2) because the registration and the writ are premature, as more fully set forth in the memorandum in support submitted herewith.

WHEREFORE, for the reasons stated in the attached memorandum, Defendants pray that this Court DISMISS the Registration of Judgment and QUASH the Writ of Execution issued thereon. The Defendants further pray for all other general and equitable relief that this Court deems just and fit.

Respectfully submitted,

s/ Bernard Wm. Fischman

_____
BERNARD WM. FISCHMAN
ATTORNEY AT LAW
The Ariel House
8118 Datapoint Drive
San Antonio, Texas 78229
Telephone: (210) 614-6400
Facsimile: (210) 614-6401

             ATTORNEY FOR DEFENDANTS
             Thomas F. Noons
             British American Properties MacArthur Inn, LLC

## CERTIFICATE OF SERVICE

 I, Bernard Wm. Fischman hereby certify that a copy of this Motion to Quash has been sent via CM/ECF on April 23, 2009 to:

Eugene N. Bulso, Jr.
Leader, Bulso & Nolan, PLC
414 Union Street, Suite 1740
Nashville, TN 37219

             s/ Bernard Wm. Fischman
             _____
             Bernard Wm. Fischman