UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| GUESTHOUSE INTERNATIONAL FRANCHISE SYSTEMS, INC. | § § § | |
| v. | § § | NO. 4:09-MC-00148 |
| BRITISH AMERICAN PROPERTIES MACARTHUR INN, LLC, THOMAS F. NOONS AND EDWIN W. LESLIE | § § § § | JUDGE VANESSA D. GILMORE |

### DEFENDANTS' FIRST NOTICE OF FILING

Defendants Thomas F. Noons and British American Properties MacArthur Inn LLC hereby make this Notice of Filing in Support of their Motion to Dismiss Registration of Judgment and to Quash Writ of Execution:

1. April 21, 2009 Notice of Appeal in *Guesthouse International Franchise Systems, Inc. v. British American Properties MacArthur Inn, LLC, et al.*, No. 3:07-cv-814, United States District Court for the Middle District of Tennessee.

2. Docket Report *Guesthouse International Franchise Systems, Inc. v. British American Properties MacArthur Inn, LLC, et al.*, No. 3:07-cv-814, United States District Court for the Middle District of Tennessee.

    Respectfully submitted,

    s/ Bernard Wm. Fischman
    _____
    BERNARD WM. FISCHMAN
    ATTORNEY AT LAW
    The Ariel House
    8118 Datapoint Drive
    San Antonio, Texas 78229
    Telephone: (210) 614-6400
    Facsimile:  (210) 614-6401

    ATTORNEY FOR DEFENDANTS
    Thomas F. Noons
    British American Properties MacArthur Inn, LLC

**CERTIFICATE OF SERVICE**

    I, Bernard Wm. Fischman hereby certify that a copy of this Notice of Filing has been sent via CM/ECF on April 23, 2009 to:

Eugene N. Bulso, Jr.
Leader, Bulso & Nolan, PLC
414 Union Street, Suite 1740
Nashville, TN 37219

                                                  s/ Bernard Wm. Fischman
                                                  _____
                                                  Bernard Wm. Fischman