UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **Guesthouse International** § | | |
| **Franchise Systems, Inc.** § | | |
| § | | |
| v. § | | |
| § | No. 3:07-cv-0814 | |
| **British American Properties** § | | |
| **MacArthur Inn, LLC,** § | Judge Trauger | |
| **Thomas F. Noons and** § | | |
| **Edwin W. Leslie** § | Magistrate Judge Bryant | |
| § | JURY DEMAND | |

**BRITISH AMERICAN PROPERTIES MACARTHUR INN, LLC'S AND THOMAS F. NOONS' NOTICE OF APPEAL**

COME NOW defendants British American Properties MacArthur Inn, LLC ("BAP") and Thomas F. Noons ("Noons"), by and through counsel, who pursuant to Fed. R. App. P. 3(c) hereby appeal to the United States Court of Appeal for the Sixth Federal Circuit from the Final Order entered by this Court on March 23, 2009 (Dkt. No. 116).

Respectfully submitted,

THE BAGGOTT LAW OFFICES, PLLC

s/ Roland W. Baggott III
_____
Roland W. Baggott III (Bar No. 023428)
4525 Harding Pike, Suite 105
Nashville, TN 37205
Telephone: (615) 620-4580
Facsimile: (615) 620-4581
roland@bagottlaw.com

and

BERNARD WM. FISCHMAN
ATTORNEY AT LAW
The Ariel House
8118 Datapoint Drive
San Antonio, Texas 78229
Telephone: (210) 614-6400

ATTORNEYS FOR DEFENDANTS  
Thomas F. Noons  
British American Properties MacArthur Inn, LLC

### CERTIFICATE OF SERVICE

I, Roland W. Baggott III, hereby certify that a copy of this Motion for Extension of time has been sent via CM/ECF on April 21, 2009 to:

Eugene N. Bulso, Jr.
Leader, Bulso & Nolan, PLC
414 Union Street, Suite 1740
Nashville, TN 37219

And via electronic mail on April 21, 2009 to:

Edwin W. Leslie
15603 Azalea Shores Drive
Houston, TX 77070

s/ Roland W. Baggott III  
_____  
ROLAND W. BAGGOTT III