UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| GUESTHOUSE INTERNATIONAL FRANCHISE SYSTEMS, INC. <br><br> v. <br><br> BRITISH AMERICAN PROPERTIES MACARTHUR INN, LLC, THOMAS F. NOONS AND EDWIN W. LESLIE | § § § § § § § § § | NO. 4:09-MC-00148 <br><br> JUDGE VANESSA D. GILMORE |

CERTIFICATE OF CONFERENCE

On April 23, 2009, I, Roland W. Baggott III, counsel for Defendants Thomas F. Noons and British American Properties MacArthur Inn LLC, spoke with Eugene N. Bulso, counsel for Plaintiff Sumner Ventures, Inc. (f/k/a GuestHouse International Franchise Systems Inc.), regarding the April 8, 2009 Registration of the March 23, 2009 Final Judgment issued by the United States District Court of the Middle District of Tennessee (Dkt. No. 1) and to April 16, 2009 Writ of Execution issued thereon (Dkt. No. 2), specifically discussing that the registration and the writ were premature because none of the prerequisites of 28 USC § 1963 has not been met and requesting that they be withdrawn. Mr. Bulso refused to withdraw the premature registration and writ of execution. Based upon that conversation, I believe that Defendants' Motion to Dismiss is opposed by GuestHouse.

                                                    s/Roland W. Baggott III
                                                    Roland W. Baggott III

Respectfully submitted,

s/ Bernard Wm. Fischman

_____

BERNARD WM. FISCHMAN
ATTORNEY AT LAW
The Ariel House
8118 Datapoint Drive
San Antonio, Texas 78229
Telephone: (210) 614-6400
Facsimile: (210) 614-6401

ATTORNEY FOR DEFENDANTS
Thomas F. Noons
British American Properties MacArthur Inn, LLC

## CERTIFICATE OF SERVICE

I, Bernard Wm. Fischman hereby certify that a copy of this Certificate of Conference has been sent via CM/ECF on April 23, 2009 to:

Eugene N. Bulso, Jr.
Leader, Bulso & Nolan, PLC
414 Union Street, Suite 1740
Nashville, TN 37219

s/ Bernard Wm. Fischman

_____

Bernard Wm. Fischman