USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>GuestHouse International Franchise Systems, Inc. | COURT CASE NUMBER<br>4:09:mc-00148 |
| DEFENDANT<br>Thomas F. Noons, et al. | TYPE OF PROCESS<br>Writ of Execution |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**
Thomas F. Noons          See Below
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2000 Bagby, Apt. 15403, Houston, TX 77002

United States District Court
Southern District of Texas
FILED
MAY 0 5 2009
Michael N. Milby, Clerk

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Eugene N. Bulso, Jr.
Leader, Bulso, Nolan & Burnstein, PLC
414 Union Street, Suite 1740
Nashville, TN 37219

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

SEIZE: (1) Stock Certificates for British American Properties Texas, Inc.
(2) Any and all cash
(3) Automobiles described on Exhibits 1 and 2

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER (615) 780-4110   DATE 4/13/09

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1   District of Origin No. 75   District to Serve No. 75
Signature of Authorized USMS Deputy or Clerk: J. Davis   Date: 4-12-09

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

Date: 4/24/09   Time: 9:00 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $110.00 | $6.60 | 0 | $116.60 | 150.00 | $0.00   33.40 |

REMARKS: 4/24/09: Personally served defendant at home address. Spoke to defendant and defendants attorney. Judgement on appeal in Tenn. Defendant stated he is in talks with his attorney and attorney for plaintiff for settlement. (MAC)

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80