**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| GUESTHOUSE INTERNATIONAL FRANCHISE SYSTEMS, INC. and SUMNER VENTURES, INC. (Counter-Defendant), | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 3:07-0814 |
| v. | ) ) | Judge Trauger Magistrate Judge Bryant |
| BRITISH AMERICAN PROPERTIES MACARTHUR INN, LLC, THOMAS F. NOONS (Counter-Plaintiffs), and EDWIN W. LESLIE, | ) ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

The plaintiff has filed a Motion For Leave to Register Judgment (Docket No. 122), to which

defendants British American Properties MacArthur Inn, LLC and Thomas F. Noons have responded

in opposition (Docket No. 126), and the plaintiff has filed a Reply (Docket No. 128).  The plaintiff

having established good cause under 28 U.S.C. § 1963, the Motion for Leave to Register Judgment

is hereby **GRANTED**.

It is so **ORDERED**.

ENTER this 15th  day of June 2009.

        ALETA A. TRAUGER
        U.S. District Judge