IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GUESTHOUSE INTERNATIONAL FRANCHISE SYSTEMS, INC. and SUMNER VENTURES, INC.<br>　　Plaintiffs, | §§§§§ |
| versus | § CIVIL ACTION NO. 4:09-MC-00148 |
| BRITISH AMERICAN PROPERTIES MACARTHUR INN, LLC, THOMAS F. NOONS, and EDWIN W. LESLIE<br>　　Defendants. | §§§§§§ |

## ORDER

The Court **HEREBY ORDERS** that Defendants' Motion to Dismiss Registration of Judgment and to Quash Writ of Execution is **DENIED** as moot. **(Instrument No. 3).**

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this _____ day of July, 2009, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　VANESSA D. GILMORE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE