| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## WRIT OF EXECUTION

*To the UNITED STATES MARSHAL for the Southern District of Texas:*

In Civil Action Number: 4:09-mc-00148

In this Division: Houston

Which was styled:

GuestHouse International Franchise Systems, Inc.

*-versus-*

British American Properties MacArthur Inn, LLC

This judgment creditor:

Sumner Ventures, Inc.

Recovered a judgment of: $ 441,360.23

Plus costs of: $ 0

Which judgment was entered on: March 23, 2009

And bears interest at: .64 %

From this judgment debtor:

Edwin W. Leslie

You are commanded to take of the goods, land and choses-in-action of the judgment debtor enough to pay the judgment in full and the cost of this writ. Fail not, and return this writ, certifying how you executed it.

United States District Court
Southern District of Texas

CLERK OF COURT

By: _____
Deputy Clerk

Date Issued: 7/16/09