## IN THE UNITED STATES DISTRICT COURT
## FOR THE  SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **SUMNER VENTURES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:09-mc-00148** |
| | ) | **Judge Vanessa D. Gilmore** |
| **BRITISH AMERICAN PROPERTIES** | ) | |
| **MACARTHUR INN, LLC, THOMAS F.** | ) | |
| **NOONS, and EDWIN W. LESLIE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

This matter is before the Court on a Motion for Charging Order filed by the judgment creditor, Sumner Ventures, Inc.  It appears to the Court that the Motion is well taken and should be granted.  It is, accordingly, ORDERED as follows:

1.     In accordance with Tex. Rev. Civ. Stat. Ann. art. 6132a-1, § 7.03(a), the Court hereby charges the partnership interest of the judgment debtor, Thomas F. Noons, in Rockport Greens Development, L.P. to satisfy the judgment of Sumner Ventures, Inc.

2.     The judgment creditor, Sumner Ventures, Inc., to the extent of its Judgement, has the right to receive any distribution to which the judgment debtor, Thomas F. Noons, otherwise would have been entitled in respect of his partnership interest in Rockport Greens Development, L.P.

3.     This Charging Order shall bind Rockport Greens Development, L.P. upon service of this Order upon its lawful agent for service of process.

{00028220.DOC / ver:}

IT IS SO ORDERED.


_____
VANESSA GILMORE, Judge

APPROVED FOR ENTRY:


s/Eugene N. Bulso, Jr.
Eugene N. Bulso, Jr. (Tenn. B.P.R. No. 12005)
LEADER, BULSO, NOLAN & BURNSTEIN, PLC
414 Union Street, Suite 1740
Nashville, Tennessee 37219
(615) 780-4110

*Attorneys for Judgment Creditor, Sumner Ventures, Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2009, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to Bernard William Fischman, The Ariel House, 8118 Datapoint Drive, San Antonio, Texas 78229.


s/Eugene N. Bulso, Jr.
Eugene N. Bulso, Jr.