**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF<br>Sumner Ventures, Inc. | COURT CASE NUMBER<br>4:09-mc-00148 |
|---|---|
| DEFENDANT<br>Edwin W. Leslie, et al. | TYPE OF PROCESS<br>Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Edwin W. Leslie
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
15603 Azalea Shores Drive, Houston, TX 77070

United States Courts
Southern District of Texas
FILED
SEP 04 2009
Clerk of Court

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Eugene N. Bulso, Jr.
Leader, Bulso, Nolan & Burnstein, PLC
414 Union Street, Suite 1740
Nashville, TN 37219

Number of process to be served with this Form 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (615) 780-4110
DATE: 7/13/09

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 79 | District to Serve<br>No. 79 | Signature of Authorized USMS Deputy or Clerk<br>J. Davis | Date<br>7-16-09 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*:

Date: 9-1-09    Time: 9:14 ☑ am ☐ pm
Signature of U.S. Marshal or Deputy: Patrick Smith

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of ) |
|---|---|---|---|---|---|
| $165.00 | $36.30 | | 201.30 | 150.00 | $0.00  $51.30 |

REMARKS: 1ST ATTEMPT 7-17-09 - $55.00 + MILEAGE $12.10 = 67.10
2ND ATTEMPT 7-22-09 $55.00 + MILEAGE $12.10 = 67.10   TOTAL $201.3
3RD ATTEMPT 7-31-09 $55.00 + MILEAGE $12.10 = 67.10
EDWIN LESLIE IS WORKING OUT OF TOWN

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80